**Order entered July 21, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00216-CR

### PILAR FRANCISCO GONZALES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Court at Law No. 3
### Collin County, Texas
### Trial Court Cause No. 003-87839-2015

## ORDER

The Court **REINSTATES** the appeal.

On May 11, 2017, court reporter Claudia Webb filed a letter stating appellant had advised her by phone that he would no longer be pursuing his appeal. In light of this, we sent appellant a letter asking the status of the appeal. In the letter, we noted that if he, in fact, did not intend to pursue his appeal, he should file a motion to dismiss. Appellant did not respond.

On June 29, 2017, we abated this appeal and ordered the trial court to make findings regarding the status of this appeal. We **ADOPT** the trial court's July 5, 2017 findings that: (1) the trial court contacted appellant and tried to schedule a hearing pursuant to this Court's order; (2) on the date of the hearing, appellant's trial counsel contacted the trial court and told the judge appellant did not wish to pursue the appeal and "he did not expect either of them to come to the

hearing;" and (3) the trial court held a hearing but appellant did not appear. We note that appellant has not communicated with this Court regarding the appeal. Based on the trial court's findings and appellant's failure to communicate with this Court regarding the appeal, we conclude appellant has abandoned his appeal.

We **ORDER** the appeal submitted without the reporter's record and briefs as of the date of this order to a panel consisting of Chief Justice Wright and Justices Myers and Brown. *See* TEX. R. APP. P. 37.3(c), 38.8(b). An opinion will issue in due course.


/s/     LANA MYERS
JUSTICE